## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JOANNA KOUNS,

      Plaintiff,

v.                            CASE NO.:  8:17-cv-01218-RAL-AEP

CONVERGENT OUTSOURCING, INC.,

      Defendants.

---

### NOTICE OF SETTLEMENT

---

Pursuant to Local Rule 3.08(a), the undersigned hereby gives notice that this matter has been settled by the parties, and a joint stipulation for dismissal shall be filed upon the execution of the settlement documentation.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system on July 23, 2018, which will serve an electronic copy on all parties of record.

Respectfully submitted,

*s/ Geoff Parmer*
William "Billy" Peerce Howard, Esq.
Florida Bar No.: 0103330
Billy@TheConsumerProtectionFirm.com
Geoffrey E. Parmer, Esq.
Florida Bar No.: 0989258
Geoff@TheConsumerProtectionFirm.com
The Consumer Protection Firm
4030 Henderson Boulevard
Tampa, FL 33629
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
*Attorney for Plaintiff*